### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

MICHAEL VINCENT,				)
Register No. 175509,				)
						)
               Plaintiff,		)
						)
         v.				)		No. 05-4247-CV-C-NKL
						)
DAVID WEBSTER,				)
						)
               Defendant.		)

### ORDER

On October 27, 2005, the United States Magistrate Judge recommended dismissing plaintiff's due process claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's due process claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: December 6, 2005
Jefferson City, Missouri